■ FATHIA WALID, Plaintiff, v COUNTY OF WESTCHESTER et al., Defendants and Third-Party Plaintiffs-Respondents. VILLAGE OF CROTON-ON-HUDSON, Third-Party Defendant-Appellant. [702 NYS2d 843] —In an action to recover damages for personal injuries, the third-party defendant appeals from an order of the Supreme Court, Westchester County (Coppola, J.), dated March 8, 1999, which denied its motion for summary judgment dismissing the third-party complaint.

Ordered that the order is affirmed, with costs.

The appellant failed to establish its entitlement to judgment as a matter of law. While Village Code § 197-28 requires prior written notice of the alleged hazardous condition which caused the plaintiff's fall, there is no need to prove prior written notice where a Village or Town has created the hazardous condition (*see, Doherty v Town of Orangetown,* 221 AD2d 310). There is a question of fact as to whether the appellant created the alleged hazardous condition which caused the plaintiff's fall. Thus, the Supreme Court properly denied its motion for summary judgment (*see, Doherty v Town of Orangetown, supra*). Thompson, J. P., S. Miller, Krausman, Florio and Schmidt, JJ., concur.